ELIZABETH L. GADE (SBN: 161495)
STEPHEN A. VALIZAN (SBN: 260861)
LAW OFFICE OF ELIZABETH GADE, INC.
1900 Point West Way, Suite 208
Sacramento, CA 95815
Telephone: (916) 648-8600
Facsimile: (916) 648-8601

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIA IRENE FALLETTI,<br>        Plaintiff,<br>    vs.<br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br>        Defendant, | **No. 2:15-cv-0778-DB**<br><br>**STIPULATION AND ORDER** |

     IT IS HEREBY STIPULATED by and between the parties, through their assigned counsel, subject to the Court's approval, that plaintiff be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of FIVE THOUSAND, SIX HUNDRED DOLLARS ($5,600.00). This amount represents compensation for all legal services counsel rendered on behalf of Plaintiff in connection with this civil action, in accordance with 28 U.S.C. section 2412(d), and no costs under 28 U.S.C. § 1920. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

     After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the

Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to counsel, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Respectfully submitted,

Dated: April 25, 2017      */s/ Stephen A. Valizan*_____
STEPHEN A. VALIZAN
Attorney for Plaintiff


Dated: April 25, 2017      PHILLIP A. TALBERT
United States Attorney

DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ Marcelo Illarmo*
MARCELO ILLARMO
(*as authorized via e-mail on April 25, 2017)
Special Assistant United States Attorney
Attorneys for Defendant

---

STIPULATION AND ORDER

ORDER

Pursuant to the parties' stipulation, (ECF No. 23), IT IS SO ORDERED.

DATED: May 1, 2017

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE